So Ordered.

*s/ Christopher A. Boyko*
Senior United States District Judge

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| JOHN R. HARRISON, Administrator of the Estate of Jesus Malave Morales, ) ) ) | CASE NO.: 1:19-CV-02328 |
| Plaintiff, ) ) | JUDGE CHRISTOPHER A. BOYKO |
| vs. ) ) | |
| CITY OF CLEVELAND, et al., ) ) | **STIPULATION OF DISMISSAL** |
| Defendant ) | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff hereby dismisses the captioned action with prejudice, each party to bear its own costs.

SO STIPULATED:

FRIEDMAN, GILBERT & GERHARDSTEIN

*/s Terry Gilbert*
TERRY GILBERT (0021948)
SARAH GELSOMINO (0084340)
JACQUELINE GREENE (092733)
50 Public Square, Suite 1900
Cleveland, OH 44113
(216) 241-1430 / (216)621-0427
jgreene@fggfirm.com
sgelsomino@fggfirm.com
jgreene@fggfirm.com

*Counsel for Plaintiff*

MAZANEC, RASKIN & RYDER CO., L.P.A.

*s/Cara M. Wright per auth*
PATRICIA C. AMBROSE RUBRIGHT (0009435)
CARA M. WRIGHT (0084583)
100 Franklin's Row, 34305 Solon Road
Cleveland, OH 44139
(440) 248-7906 / (440) 248-8861 – Fax
traskin@mrrlaw.com
prubright@mrrlaw.com
cwright@mrrlaw.com

*Counsel for Defendants*

and

BARBARA A. LANGHENRY (0038838)
Director of Law
By: *s/ Timothy J. Puin per auth*
William M. Menzalora (0061136)
Chief Assistant Director of Law
Timothy J. Puin (0065120)